**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

DOUGLAS R. CATON,

                Petitioner,

vs.                                                  Case No.  2:07-cv-51-FtM-34DNF

UNITED STATES OF AMERICA,

                Respondent.
_____/

## **ORDER**

This cause is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 5; Report), entered April 17, 2007.  In the Report, Magistrate Judge Frazier recommended that the Respondent's Motion and Memorandum to Dismiss Petition to Quash IRS Collection Summons (Dkt. No. 3; Motion to Dismiss), be granted and the case dismissed.  See Report at 4.  On April 23, 2007, Petitioner filed objections to the Report.  See Douglas R. Caton's Objections to the So-Called Report and Recommendation of the Magistrate (Dkt. No. 6; Objections).  Respondent then filed a response in opposition to the Objections on May 3, 2007.  See Opposition to Petitioner's Objections to Magistrate Judge's Report and Recommendation (Dkt. No. 8).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If specific objections to findings of facts are timely filed, the district court will conduct a de novo review of those facts.  Id.; LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir. 1988).  The undersigned has conducted an independent examination of the record, including Petitioner's Objections.

Based upon <u>de novo</u> review, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED**

1) Douglas R. Caton's Objections to the So-Called Report and Recommendation of the Magistrate (Dkt. No. 6) are **OVERRULED**, and the Magistrate Judge's Report and Recommendation (Dkt. No. 5) is **ADOPTED**.

2) Respondent's Motion and Memorandum to Dismiss Petition to Quash IRS Collection Summons (Dkt. No. 3) is **GRANTED** and this case is **DISMISSED**.

3) All pending motions are **DENIED as MOOT**, and the Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Chambers, this 25th day of May, 2007

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

lc2

Copies to:
Counsel of Record